### 20587. MILLER *v.* STRAUSS.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial show cause for a reversal of the judgment. The refusal to grant a new trial was not error. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED OCTOBER 7, 1930.

*Ralph H. Pharr, Dorsey & Shelton,* for plaintiff in error.
*G. Seals Aiken, E. E. Carter,* contra.